**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

TARA L. PARRISH, Civil No. 01-1643 (JRT/FLN)

Plaintiff,

v. **ORDER OF DISMISSAL**

HARVEST PREPARATORY
CHARTER SCHOOL, et al.,

Defendants.

---

Jordan S. Kushner, KUSHNER LAW OFFICE, 529 South Seventh Street, Suite 636, Minneapolis, MN 55415, for plaintiff.

Ian S. Laurie and Gerald T. Laurie, LAURIE & LAURIE, 1660 Highway 100 South, Suite 508E, St. Louis Park, MN 55416, for defendants.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 21, 2002
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

MAR 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK