**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

TARA L. PARRISH,

Plaintiff,

v.

HARVEST PREPARATORY CHARTER SCHOOL, INC.; and SEED DAYCARE, a Minnesota corporation d/b/a Harvest Preparatory School/Seed Academy,

Defendants.

Civil No. 01-CV-1643 (JRT/FLN)

**ORDER FOR ENTRY OF JUDGMENT AND AWARD OF ATTORNEY FEES**

---

Jordan S. Kushner, LAW OFFICE, 636 Sexton Building, 529 South Seventh Street, Minneapolis, MN 55415 for plaintiff.

Gerald T. Laurie, LAURIE & LAURIE P.A., 1660 South Highway 100, 508 East Parkdale Plaza Building, St. Louis Park, MN 55416-1534, for defendants.

Plaintiff Tara L. Parrish and defendants Harvest Preparatory Charter School, Inc., and Seed Daycare reached a settlement agreement in an employment discrimination dispute. Pursuant to that agreement, this Court dismissed the action, but the Court retained jurisdiction to enforce the settlement agreement. The settlement was memorialized in a one-page Confession of Judgment and Warrant of Attorney ("Settlement Agreement"), and required defendants to pay plaintiff a total of $20,000 in

FILED FEB 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 10 2003
DEPUTY CLERK

six installments. The Settlement Agreement dictated when payments are due, and provided a twenty-day grace period for each of those payments to be made. The Settlement Agreement further provided that "[i]f any of those payments are not made within twenty (20) days of the due date, then Tara L. Parrish or her attorney shall be entitled to enter judgment against [defendants] for the balance of the unpaid payments."

The first three payments, totaling $3,000, were made without incident. The fourth payment was due October 15, 2002. Defendants took advantage of the grace period, but failed to tender the fourth payment, of $7,000, by November 4, 2002. Although defendants tendered payment on November 5, 2002, plaintiff moved for an entry of judgment in accordance with the Settlement Agreement.

The Settlement Agreement does not indicate clearly when the grace period begins to run. However, even if the Court accepts defendants' argument that it begins to run the day after the due date, payment was due on November 4, 2002. Plaintiff therefore is entitled to entry of judgment in accordance with the terms of the Settlement Agreement.

Plaintiff does not dispute that the $7,000 payment was made on November 5, 2002. Ten-thousand dollars has been paid (the first three payments of $1,000 each, and the $7,000 payment on November 5), and $10,000 remains due.

Plaintiff's attorney also requests $150.00 in attorney fees. The settlement agreement provides that "Tara L. Parrish will be entitled to reasonable attorney fees for entering judgment pursuant to the Confession." Because the Court finds that an entry of judgment is warranted, attorney fees are awarded in the amount of $150.00. The Court finds that $150.00 is a reasonable fee in this matter.

**ORDER**

Based on the entire file and proceeding herein, **IT IS HEREBY ORDERED** that plaintiff's request for entry of judgment and for attorney fees [Docket 11] is **GRANTED**.

The Clerk of Court is **DIRECTED** to enter judgment against defendants Harvest Preparatory Charter School, Inc., and Seed Daycare in the amount of $10,150.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 10, 2003
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge